No. 5075. CAMPBELL *v.* FLORIDA. Sup. Ct. Fla. Petition for writ of certiorari dismissed July 15, 1970, pursuant to Rule 60 of the Rules of this Court.

No. 5452. GARDNER *v.* CALIFORNIA ET AL. Motion for leave to file petition for writ of habeas corpus dismissed August 3, 1970, pursuant to Rule 60 of the Rules of this Court.

No. 5604. BALL *v.* UNITED STATES. C. A. 6th Cir. Petition for writ of certiorari dismissed August 28, 1970, pursuant to Rule 60 of the Rules of this Court.

No. 101. BLOUNT, POSTMASTER GENERAL *v.* NATIONAL ASSOCIATION OF LETTER CARRIERS. Appeal from D. C. D. C. dismissed September 1, 1970, pursuant to Rule 60 of the Rules of this Court.

No. 187. CITIES SERVICE GAS Co. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 10th Cir. Petition for writ of certiorari dismissed September 22, 1970, pursuant to Rule 60 of the Rules of this Court.

OCTOBER 6, 1970